■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. FRANK GRAHAM, Appellant, v BRIAN FISCHER, Commissioner, New York State Department of Correctional Services, et al., Respondents. [893 NYS2d 793]—Appeal from a judgment (denominated order and judgment) of the Supreme Court, Livingston County (Robert B. Wiggins, A.J.), entered July 16, 2008 in a habeas corpus proceeding. The judgment dismissed the petition.

It is hereby ordered that said appeal is unanimously dismissed without costs.

Memorandum: This appeal by petitioner from the judgment

dismissing his petition for a writ of habeas corpus has been rendered moot by his release to parole supervision (*see People ex rel. Mitchell v Unger*, 63 AD3d 1591 [2009]; *People ex rel. Cooper v New York State Div. of Parole*, 286 AD2d 792 [2001]), and the exception to the mootness doctrine does not apply herein (*see People ex rel. Hampton v Dennison*, 59 AD3d 951 [2009], *lv denied* 12 NY3d 711 [2009]). Present—Smith, J.P., Carni, Pine and Gorski, JJ.